■ In the Matter of EDITH CRAIGIE, Appellant, v COUNTY OF WESTCHESTER, Respondent. [634 NYS2d 381] —In a proceeding pursuant to General Municipal Law § 50-e for leave to serve a late notice of claim, the petitioner appeals from a judgment of

the Supreme Court, Westchester County (Lefkowitz, J.), entered August 16, 1994, which denied the application.

Ordered that the order is affirmed, with costs.

Under the circumstances, including the absence of a reasonable excuse for the petitioner's delay in filing a notice of claim and the resulting prejudice to the respondent, the Supreme Court did not improvidently exercise its discretion in denying the petitioner's application *(see, Matter of Buddenhagen v Town of Brookhaven,* 212 AD2d 605; *Matter of Sosa v City of New York,* 206 AD2d 374; *Bailey v City of New York,* 159 AD2d 280).* Balletta, J. P., Ritter, Copertino and Friedmann, JJ., concur.